**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | MDL DOCKET NO. 2895 |

**MOTION OF PLAINTIFF UFCW LOCAL 1500 WELFARE FUND FOR TRANSFER TO AND CONSOLIDATION OR COORDINATION OF RELATED ANTITRUST ACTIONS IN THE DISTRICT OF DELAWARE FOR PRETRIAL PROCEEDINGS**

Pursuant to 28 U.S.C. § 1407, Plaintiff UFCW Local 1500 Welfare Fund (the "Movant") respectfully moves the Judicial Panel on Multidistrict Litigation (the "Panel") for transfer to, and for consolidation or coordination in, the United States District Court for the District of Delaware all currently filed class actions and any subsequent "tag along" class actions alleging anticompetitive conduct in the market for Sensipar® and its AB-rated generic equivalents for consolidated or coordinated pretrial proceedings.

In support of their motion, Movant states:

1.      To date, four class actions have been filed against Amgen Inc. ("Amgen"), Teva Pharmaceuticals USA, Inc. ("Teva"), Watson Laboratories, Inc., Actavis Inc., and Actavis Pharma Inc. (collectively, "Defendants"), alleging that they placed an unreasonable restraint on trade in the market for Sensipar® (cinacalcet hydrochloride tablets), and its AB-rated generic equivalents, when Amgen entered into an unlawful agreement with Teva to maintain Amgen's brand monopoly and eliminate generic competition.

2.      Four class actions are pending in three districts: two in the District of Delaware, one in the District of New Jersey, and one in the Eastern District of Pennsylvania.

3.      Transfer and consolidation of the end payor actions and coordination with the direct purchaser actions in the District of Delaware will promote the goals of 28 U.S.C. § 1407 by conserving judicial resources, reducing litigation costs, preventing potentially inconsistent

pretrial rulings, eliminating duplicative discovery, and permitting the cases to proceed more efficiently.

4.    The Related Actions should be transferred and consolidated or coordinated in the District of Delaware for the reasons detailed in the accompanying Memorandum of Law.

WHEREFORE, Movant respectfully requests that the Panel order that the Related Actions pending outside the District of Delaware, as well as any cases that may be subsequently filed asserting related or similar claims, be transferred to the District of Delaware for consolidated or coordinated pretrial proceedings.

Dated: April 10, 2019                                  Respectfully submitted,


/s/ Gregory S. Asciolla
GREGORY S. ASCIOLLA
JAY L. HIMES
KARIN E. GARVEY
ROBIN A. VAN DER MEULEN
MATTHEW J. PEREZ
DOMENICA MINERVA
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
kgarvey@labaton.com
rvandermeulen@labaton.com
mperez@labaton.com
dminerva@labaton.com

NED WEINBERGER
**LABATON SUCHAROW LLP**
300 Delaware Avenue
Suite 1340
Wilmington, Delaware 19801
Tel: (302) 573-2540
nweinberger@labaton.com

SCOTT A. MARTIN
IRVING SCHER
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com

BRENT LANDAU
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
Fax: (215) 985-3271
blandau@hausfeld.com

MELINDA R. COOLIDGE
**HAUSFELD LLP**
1700 K Street, NW
Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mcoolidge@hausfeld.com

ROBERTA D. LIEBENBERG
JEFFREY S. ISTVAN
PAUL COSTA
ADAM J. PESSIN
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Tel: (215) 567-6565
Fax: (215) 568-5872
rliebenberg@finekaplan.com
jistvan@finekaplan.com
pcosta@finekaplan.com
apessin@finekaplan.com

IAN CONNOR BIFFERATO
**THE BIFFERATO FIRM, P.A.**
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801

Tel.: (302) 225-7600
cbifferato@tbf.legal


*Counsel for UFCW Local 1500 Welfare Fund*
*and the Proposed Classes*